UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORMAN LEIBOWITZ,

                              Plaintiff,

              - against -

COSTCO WHOLESALE CORPORATION and
TRIDENT SEAFOODS CORPORATION,

                           Defendants.
------------------------------------------------------------X

**ORDER**

CV 18-1254 (JMA) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court is in receipt of Attorney Coleman's motion for leave to appear pro hac vice. *See* DE 6. Local Rule 1.3(c) was amended effective December 19, 2016. The Court notes that Attorney Coleman's affidavit does not fully comply with the revised rule. In this regard, the Court directs counsel to refile the motion once the necessary additions have been made. Moreover, the Court requires that the original certificate(s) of good standing be forwarded to Chambers for review. Counsel is therefore directed to mail the original certificate(s) to the attention of the Hon. A. Kathleen Tomlinson, 100 Federal Plaza, Central Islip, NY 11722. Once the Court has received Attorney Coleman's revised motion and the original certificate(s), it will rule on this matter.

Dated: Central Islip, New York
         April 24, 2018

**SO ORDERED**.

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge