# CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/27/2018　　　　　TIME: 12:00 PM　　　　　TIME IN COURT: 30 min.

CASE: **18-cv-01254-JMA-AKT Leibowitz v. Costco Wholesale Corporation et al**

APPEARANCES:　　For Plaintiff: Jonathan Shub, Kevin Laukaitis, Nicholas Conlon, Nick Suciu, Will Ladnier, Ethan Smartt

　　　　　　　　　For Defendant: Adam Schuman, Kathleen O'Sullivan

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A conference is scheduled for
- ☒ Other: Limited discovery ordered. Parties should submit a proposed discovery plan within 30 days. Defendant's answer due within 30 days. Any discovery disputes are respectfully referred to Magistrate Judge Tomlinson.