IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN LEIBOWITZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, and TRIDENT SEAFOODS CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. 18-CV-01254-JMA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby submit this joint stipulation dismissing with prejudice all claims raised in the Complaint in this action with each Party to bear responsibility for its own costs incurred for this lawsuit.

Respectfully submitted this 1st day of May 2019.

| | |
|---|---|
| **Brown, LLC** | **Perkins Coie LLP** |
| **By:** */s/ Jason T. Brown*<br>Jason T. Brown<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br>(201) 630-0000 | **By:** */s/ Adam H. Schuman*<br>Adam H. Schuman<br>30 Rockefeller Plaza, 22th Floor<br>New York, NY 10112-0085<br>(212) 261-6919 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |