FILED
CLERK

5/2/2019 11:31 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

NORMAN LEIBOWITZ, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, and TRIDENT SEAFOODS CORPORATION,

    Defendants.

Case No. 18-CV-01254-JMA

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby submit this joint stipulation dismissing with prejudice all claims raised in the Complaint in this action with each Party to bear responsibility for its own costs incurred for this lawsuit.

Respectfully submitted this 1st day of May 2019.

**Brown, LLC**

By: /s/ Jason T. Brown
Jason T. Brown
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(201) 630-0000

*Counsel for Plaintiff*

**Perkins Coie LLP**

By: /s/ Adam H. Schuman
Adam H. Schuman
30 Rockefeller Plaza, 22th Floor
New York, NY 10112-0085
(212) 261-6919

*Counsel for Defendants*

Case closed.
SO ORDERED.
/s/ JMA, USDJ
5/2/2019